UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:04-cr-297-T-23TGW

OSCAR ENRIQUE VIRULA ARREDONDO
_____/

### ORDER

The defendant filed a "Motion for Unsealing of Transcript" (Doc. 231) in which he requests the unsealing of the side-bar conference that occurred at his sentencing hearing.

The Eleventh Circuit Court of Appeals affirmed the defendant's sentence on July 19, 2006 (Doc. 225), the Supreme Court of the United States has denied certiorari (Doc. 226), and no proceeding presently pends. Accordingly, the motion is **DENIED**.[*] United States v. Lewis, 37 F. 3d 1510 (table), 1994 WL 563442 (10th Cir. 1994); Skinner v. United States, 434 F.2d 1036 (5th Cir. 1970); Walker v. United States, 424 F.2d 278 (5th Cir. 1970). See also United States v. MacCollom, 426 U.S. 317, 96 S. Ct. 2086 (1976).

ORDERED in Tampa, Florida, on February 8th, 2007.

_____
Steven D. Merryday
UNITED STATES DISTRICT JUDGE

---

[*] The reporter has never transcribed the side-bar conference, which was under seal (by agreement of the parties) but played no part in the defendant's appeal. The defendant's motion presumably seeks both unsealing and transcription, but he presently shows a basis for neither.